Octavio Cardona-Loya II (SBN 255309)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
vito@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY MATA, | ) Case No.:  8:24-cv-02050-SB-ADS |
| | ) |
| Plaintiff, | ) **Joint Report Re: Meet and Confer; and** |
| | ) **Stipulation to Refer Case to Arbitration** |
| v. | ) |
| | ) |
| BETTER DEBT SOLUTIONS LLC; | ) |
| LENDVIA LLC; and DOES 1 through 10 | ) |
| inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

The parties respectfully submit the following joint report pursuant to the Court's November 4, 2024, Order (Dkt. No. 19) based on the following:

Whereas, Plaintiff filed the Complaint in this action on September 23, 2024;

Whereas, Defendants filed their Answer on October 15, 2024;

Whereas, Defendants filed a motion to compel arbitration on November 2, 2024;

Whereas, on November 4, 2024, the Court ordered the parties to promptly meet and confer in person or by videoconference to attempt to resolve or narrow their dispute in good faith;

Whereas, at or around 12:55 p.m. on November 4, 2024, counsel for the parties met and conferred over a Zoom video conference;

Whereas, Octavio Cardona-Loya II attended on behalf of the Plaintiff, and Brent R. Phillips attended on behalf of the Defendants;

Whereas, counsel met and conferred on the issues involved in Defendants' pending motion to compel arbitration and those addressed in the Court's November 4, 2024, Order (Dkt. No. 19);

Whereas, the parties were able to resolve their dispute and agreed to stipulate to refer this matter to arbitration; and

Whereas, the parties respectfully request that the Court vacate the currently pending motion to compel arbitration, vacate the briefing schedule provided in the November 4, 2024, Order (Dkt. No. 19), and further vacate the currently scheduled November 22, 2024, Mandatory Scheduling Conference and its associated Order (Dkt. No. 11) requiring a Rule 26(f) report be filed.

Dated: November 6, 2024          /s/ Octavio Cardona-Loya II
                                 Octavio Cardona-Loya II
                                 Attorney for Plaintiff


Dated: November 6, 2024          /s/ Brent R. Phillips
                                 BRENT R. PHILLIPS
                                 RONALD A. GORRIE
                                 Attorneys for Defendants
                                 BETTER DEBT SOLUTIONS, LLC, and
                                 LENDVIA, LLC